IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SCOT PARK, | ) | CIVIL 11-00598-DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OAHU TRANSIT SERVICES, INC. et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 27, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT DEFENDANTS' MOTION FOR

ATTORNEYS' FEES, COSTS, AND STAY BE DENIED," docket entry no. 17, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 18, 2012.



_____
David Alan Ezra
United States District Judge

Scot Park vs. Oahu Transit Services, Inc., et al., Civil No. 11-00598 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION